UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. PETERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0834 JAM AC (PS)<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this removed action pro se. This proceeding was accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).

　　　　Defendant Wells Fargo Bank, N.A. has filed a motion to dismiss the complaint, and noticed the motion for a June 8, 2016 hearing. ECF No. 3. Plaintiff did not timely oppose the motion, but has now filed a motion to remand the case back to state court on the grounds that this court lacks subject matter jurisdiction. ECF No. 6.

　　　　The court will construe plaintiff's motion to remand as a cross-motion and opposition, and will excuse its late filing. However, plaintiff is cautioned that even though he is proceeding without counsel, he is obligated to comply with the Local Rules of this court.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. No later than June 15, 2016, plaintiff shall file an Opposition to defendants' Motion To Dismiss, or a statement that he is relying on his motion to remand;

1

2. No later than June 15, 2016, defendant shall file an Opposition to plaintiffs' Motion To Remand, or a statement that it is relying on its Motion To Dismiss;

3. No later than June 22, 2016, the parties shall file their Replies, if any; and

4. The hearing on the cross-motions, currently scheduled for June 8, 2016, is CONTINUED to June 29, 2016.

DATED: June 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE