UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. PETERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0834 JAM AC (PS)<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this removed action pro se. This proceeding was accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).

　　　　Defendant Wells Fargo Bank, N.A. has filed a motion to dismiss the complaint, currently scheduled to be heard on June 29, 2016. ECF Nos. 3 (motion), 8 (order continuing hearing). Plaintiff has filed a cross-motion to remand. ECF No. 6. Plaintiff has now requested a 15-day extension of his time to file an opposition to the motion to dismiss, citing the emergency hospitalization of his son. ECF No. 10.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. No later than June 30, 2016, plaintiff shall file his Opposition, if any, to defendants' Motion To Dismiss, or a statement that he is relying on his motion to remand;

　　　　2. No later than July 13, 2016, the parties shall file their Replies, if any, to the cross-motions; and

3. The hearing on the cross-motions, currently scheduled for June 29, 2016, is CONTINUED to August 3, 2016.

DATED: June 16, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2