UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. PETERS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | No. 2:16-cv-0834 JAM AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this removed action pro se. This proceeding was accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).

Defendant Option One Mortgage has filed a motion to dismiss the complaint, currently scheduled to be heard on August 3, 2016. ECF No. 12. Plaintiff has not filed an opposition or a statement of non-opposition. Defendant Wells Fargo's motion to dismiss, and plaintiff's motion to remand are also scheduled to be heard on August 3, 2016.

To ensure that all motions are fully briefed, IT IS HEREBY ORDERED that:

1. No later than August 10, 2016, plaintiff shall respond to Option One Mortgage's Motion To Dismiss;

2. Option One Mortgage may file a reply no later than August 17, 2016; and

////

////

1

3. The hearing on all the pending motions, currently scheduled for August 3, 2016, is CONTINUED to August 24, 2016.

DATED: August 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE