UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. PETERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0834 JAM AC (PS)<br><br><br>ORDER |

　　　Plaintiff has voluntarily dismissed defendant Option One Mortgage Corp. from this action. ECF No. 19; see Fed. R. Civ. P. 41(a)(1)(A)(i).

　　　According, IT IS HEREBY ORDERED that:

　　　1. Option One's motion to dismiss (ECF No. 12), is DENIED as moot; and

　　　2. The Clerk of the Court shall terminate Option One as a defendant.

DATED: August 19, 2016

　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE