UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. PETERS,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>  Defendants. | No. 2:16-cv-0834 JAM AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this removed action pro se. This proceeding was accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff seeks to enjoin the foreclosure of his primary residence.

Pending before the undersigned are (1) plaintiff's motion to remand the action for lack of jurisdiction, and (2) defendant's motion to dismiss. The parties were heard at oral argument on these motions on August 31, 2016. Plaintiff represented himself. Wells Fargo Bank, N.A., was represented by Melissa C. Shaw, Esq.

Defendant has now filed a Notice of Errata, acknowledging that the original Notice of Removal omitted a critical portion of plaintiff's original state court complaint. ECF No. 24. The corrected version of the original complaint – now containing, among other things, the "Prayers" for "cancellation of the Note and Deed of Trust," and for "Restoration of escrow fees, costs and assessments that exceed the prayer, above in an amount of $150,000 or as proved at the time of

trial" – is now attached to the Notice of Errata.  See ECF No. 24, Exh. A.  Defendant argues that these Prayers, among other things, establish that the amount in controversy here exceeds the $75,000 jurisdictional minimum.

    Accordingly, IT IS HEREBY ORDERED that plaintiff shall have 21 days to respond to the Notice of Errata, and to make any arguments he deems appropriate in support of his previously filed motion to remand.

DATED: September 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE