Mark R. Peters
In Pro Per
1615 St. Francis Court
Benicia, CA 94510
Telephone: (707) 771-9911
Facsimile: (707) 745-1676

**FILED**
OCT 26 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Mark R. Peters, an individual<br><br>　　　　Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A., et al.<br><br>　　　　Defendants | Case No.: 2:16-cv-0834 JAM AC (PS)<br><br>Request for Entry of Dismissal Without Prejudice<br><br>Date: November 9, 2016<br>Time: 10:00 a.m.<br>Dept: 26, 8th Floor<br>Judge: Honorable Allison Claire |

I Mark Peters, the plaintiff in this case hereby request a dismissal of this entire action without prejudice against COUNTRYWIDE HOME LOANS, INC., a mortgage broker; AMERICA'S WHOLESALE LENDER, a mortgage broker.

DATED: October 25, 2016           Mark R. Peters, In Pro Per

By: *Mark R Peters*

Mark R. Peters

Request for Entry of Dismissal Without Prejudice

- 2 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare that am over the age of 18 and am not a party to this action. I live at  209 W. K Street Benicia, California 94510

On the date below, I served a copy(ies) of the foregoing document entitled:

**Request for Entry of Dismissal Without Prejudice**

on the interested parties in said case as follows:

Nathan F. Smith, #264635
Dane W. Exnowski, #281996
MALCOM◆CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Attorneys for Defendants AMERICA'S WHOLESALE LENDER,
a mortgage broker; COUNTRYWIDE HOME LOANS, INC., a mortgage broker.

Leigh O. Curran, Mellissa C. Shaw, ANGLIN, FLEWELLING, RASMUSSEN, CAMBELL & TRYTTEN LLP 199 South Los Robles Avenue, Suite 600 Pasadena, California 91101-2459 Attorneys for Defendant WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION
OFFICE OF THE CLERK
501 I STREET, SUITE 4-200
SACRAMENTO, CA 95814-2322

☑   **BY MAIL**: The above identified document was deposited with the U. S. Postal Service on the same day as dated below in Benicia, California during the business day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Benicia, California on **October 25, 2016**

Judith W. Potter
Name

Judith W. Potter
(Signature of Declarant)

Case No.: 2:16-CV-00834-JAM-AC
CERTIFICATE OF SERVICE