UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. PETERS, | No. 2:16-cv-0834 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Plaintiff is proceeding in this removed action pro se.  This proceeding was accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has now requested the voluntary dismissal of Countrywide Home Loans, Inc. and America's Wholesale Lender ("AWL"), from this lawsuit without prejudice.  ECF No. 31.

Accordingly, IT IS HEREBY ORDERED that:

1. Countrywide Home Loans, Inc. and AWL are DISMISSED from this lawsuit without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);
2. The November 9, 2016 hearing on AWL's motion to dismiss (ECF No. 27), is VACATED; and

////

////

////

1

3. The November 9, 2016 re-hearing on Wells Fargo's motion to dismiss (ECF No. 3), and defendant's motion to remand (ECF No. 6), is CONFIRMED.

DATED: October 31, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE