UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. PETERS, | No. 2:16-cv-0834 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A. et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

On December 28, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 35. Defendant Wells Fargo Bank, N.A., has filed objections to the findings and recommendations. ECF No. 36. Plaintiff has filed a reply to Defendant's objections. ECF No. 41.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 28, 2016 (ECF No. 35), are adopted in full;

2. Plaintiff's Motion to Remand (ECF No. 6) is denied; and

3. Defendant's Motion to Dismiss (ECF No. 3) is denied.

DATED: March 22, 2017

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE