| | |
|---|---|
| 1 | Robert A. Bailey (# 214688) |
| | rbailey@afrct.com |
| 2 | ANGLIN FLEWELLING RASMUSSEN |
| | CAMPBELL & TRYTTEN, LLP |
| 3 | 301 N. Lake Ave., Ste. 1100 |
| | Pasadena, California 91101-4158 |
| 4 | Telephone: (626) 535-1900 |
| | Facsimile: (626) 577-7764 |
| 5 | |
| 6 | Attorneys for Defendant |
| | WELLS FARGO BANK, N.A., successor by |
| | merger with Wells Fargo Bank Southwest, N.A., |
| 7 | f/k/a Wachovia Mortgage, FSB, f/k/a World |
| | Savings Bank, FSB ("Wells Fargo") |
| 8 | (erroneously sued separately as "Wells Fargo |
| | Bank, N.A., a financial entity" and "Wachovia, |
| 9 | a financial entity") |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. PETERS, an individual, | CASE NO.: 2:16-CV-00834-JAM-AC |
| Plaintiff, | *[Assigned to Magistrate Judge Allison Claire]* |
| v. | **STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE DELANEY** |
| WELLS FARGO BANK, N.A., a financial entity; WASHINGTON MUTUAL BANK, a financial entity; FIRST CAPITAL LENDING, a financial entity; OPTION ONE MORTGAGE CORP., a financial entity; COUNTRYWIDE HOME LOANS, INC., a mortgage broker; AMERICA'S WHOLESALE LENDER, a mortgage broker; WACHOVIA, a financial entity; ALL INTERESTED IN THE TITLE TO 1615 S. Francis Court, Benicia, CA 94520, and Does 1-20, inclusively, | Current Date: June 13, 2017<br>Time: 9:30 a.m.<br>Ctrm: 24 |
| Defendants. | |

The Parties hereby stipulate as follows:

WHEREAS, on May 25, 2017 the Court issued a scheduled order setting which included setting a Settlement Conference with Magistrate Judge Carolyn Delany for August 18, 2018. (Dkt. 49).

93000/FR1925/01762053-1

1

CASE NO.: 2:16-CV-00834-JAM-AC
STIPULATION TO CONTINUE SETTLEMENT CONF.

1 WHEREAS, on May 30, 2017, the Court issued an amended scheduling order which changed the date for the Settlement Conference to June 13, 2017. (Dkt. 50)

 WHEREAS, counsel for Wells Fargo has a multi-party mediation with several attendees coming from out of state set for June 13, 2017 which he has been unable to reschedule. Additionally, Wells Fargo generally requires much more than 14-days' notice in order to secure a client representative with settlement authority to attend a Settlement Conference. As such, Wells Fargo currently has no representative available for June 13, 2017.

 WHEREAS, the Parties has conferred with Magistrate Judge Delaney's clerk and determined that August 25, 2017 is available for a Settlement Conference.

 Therefore, the Parties stipulate to continue the Settlement Conference to August 25, 2017 at 9:30 a.m. before Magistrate Judge Delaney.

Dated: June 7, 2017    ANGLIN FLEWELLING RASMUSSEN
          CAMPBELL & TRYTTEN, LLP

          By: */s/ Robert A. Bailey*
          Robert A. Bailey
          Attorneys for Defendant
          WELLS FARGO BANK, N.A.

Dated: June 7, 2017
          Mark R. Peters, Plaintiff

## ORDER

The Scheduling Conference currently scheduled for June 13, 2017 is hereby continued to August 25, 2017 at 9:30 a.m. in Courtroom 24 before Magistrate Judge Carolyn K. Delaney. All other aspects of the Court's May 30, 2017 Scheduling Order (Dkt. 50) remain unchanged.

IT IS SO ORDERED.

Dated: June 8, 2017

          *Allison Claire*
          ALLISON CLAIRE
          UNITED STATES MAGISTRATE JUDGE

Anglin Flewelling Rasmussen Campbell & Trytten LLP