UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. PETERS, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., a financial entity; WASHINGTON MUTUAL BANK, a financial entity; FIRST CAPITAL LENDING, a financial entity; OPTION ONE MORTGAGE CORP., a financial entity; COUNTRYWIDE HOME LOANS, INC., a mortgage broker; AMERICA'S WHOLESALE LENDER, a mortgage broker; WACHOVIA, a financial entity; ALL INTERESTED IN THE TITLE TO 1615 S. Francis Court, Benicia, CA 94520, and Does 1-20, inclusively,<br><br>　　　　Defendants. | CASE NO.: 2:16-CV-00834-JAM-AC<br><br>*[Assigned to Magistrate Judge Allison Claire]*<br><br>**ORDER GRANTING CONTINUATION OF THE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE DELANEY**<br><br>Date:　August 25, 2017<br>Time:　9:30 a.m.<br>Ctrm:　24 |

　　The Settlement Conference currently scheduled for August 25, 2017 is hereby continued to October 16, 2017 at 9:30 am in Courtroom 24 before Magistrate Judge Carolyn K. Delaney.

　　All other aspects of the Court's May 30, 2017 Scheduling Order (Dkt. 50) remain unchanged.

　　IT IS SO ORDERED.

Dated: August 22, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE